# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> Plaintiff, : <br> : Criminal No. 07-553 (JAG) <br> v. : <br> : **ORDER** <br> DANIEL BASKERVILLE, : <br> : <br> Defendant. : | |

**GREENAWAY, JR., U.S.D.J.**

This matter comes before this Court on Daniel Baskerville's (Defendant's) motion to suppress all evidence seized from his vehicle, and all statements made by Defendant in response to the search of his vehicle, on April 15, 2007; it appearing that this Court reviewed the parties' submissions; for the reasons set forth in the accompanying Opinion, and good cause appearing,

IT IS on this 12th day of November, 2008,

ORDERED that Defendant's motion to suppress (Docket Entry No. 11), pursuant to FED. R. CRIM. P. 12 (b)(3)(c), is granted; and it is further

ORDERED that all evidence seized, and statements made by Defendant, on April 15, 2007, are prohibited from being entered into evidence; and it is further

ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.

                                          S/Joseph A. Greenaway, Jr.
                                          JOSEPH A. GREENAWAY, JR., U.S.D.J.