2007R00705

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph A. Greenaway |
| v. | : | Cr. No. 07-553 |
| DANIEL BASKERVILLE | : | ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Ralph J. Marra, the Acting United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal No. 07-553, against defendant Daniel Baskerville, charging the defendant with possession of a firearm by a convicted felon in violation of Title 18, United States Code, Section 922(g)(1), because further prosecution is not in the interests of the United States at this time.

This dismissal is without prejudice.

RALPH J. MARRA, JR.
Acting United States Attorney

Leave of Court is granted on this 9th day of January for the filing of the foregoing dismissal.

HON. JOSEPH A. GREENAWAY, JR.
UNITED STATES DISTRICT JUDGE